UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KATHLEEN SALANITRO,

    Plaintiff,

v.                                          Case No. 3:23-cv-1107-TJC-MCR

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## O R D E R

This case is before the Court on Plaintiff Kathleen Salanitro's Motion to Proceed In Forma Pauperis (Doc. 2). On September 22, 2023, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 5) recommending denying the motion and directing Salanitro to pay the filing fee. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 5), it is hereby

    **ORDERED:**

    1.    The Report and Recommendation of the Magistrate Judge (Doc. 5) is **ADOPTED** as the opinion of the Court.

2.	The Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED**.

3.	Salanitro is **DIRECTED** to pay the filing fee within **sixty days** of this Order. Failure to timely pay the filing fee may result in dismissal of this action without prejudice.

**DONE AND ORDERED** in Jacksonville, Florida, the 13th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record